UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on April 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrick Byrnes

Case No.: 15-10956

Hearing Date: 4-26-18

Judge: Altenburg

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 26, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 15-10956-ABA    Doc 111    Filed 04/28/18    Entered 04/29/18 00:31:25    Desc
Imaged Certificate of Notice    Page 2 of 3
Case 15-10956-ABA    Doc 104-3    Filed 02/16/18    Entered 02/16/18 15:28:40    Desc
Unsigned Order Awarding Trustees Compensation and Expenses    Page 1 of 1

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:                                              :
Patrick Byrnes,                                     :
                                                    :
Debtor(s)                                           :    Case No. 121/15-10956/ABA

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____, day of _____, *2018*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,270.00 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE*, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $67.57 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

By the Court,

Dated: _____    _____
                                 United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br>Patrick K Byrnes<br>       Debtor | Case No. 15-10956-ABA<br>Chapter 7 |

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 26, 2018
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
db             +Patrick K Byrnes,    48 East Tampa Avenue,    Villas, NJ 08251-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    U.S. Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel  Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Krisden M. McCrink    on behalf of Debtor Patrick K Byrnes kmccrink@mkmnjlaw.com,
               amsaponaro@mkmnjlaw.com
                                                                                              TOTAL: 9